**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jessica Renee Lesher  f/k/a Jessica Davis<br>Thomas Dean Lesher<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 22-12411 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

        Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
15 Sep 2022, 12:16:31, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322