Certificate Number: 05781-PAE-DE-036921733

Bankruptcy Case Number: 22-12411



05781-PAE-DE-036921733

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2022, at 2:05 o'clock PM PDT, Jessica Lesher completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 22, 2022              By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President