United States Bankruptcy Court

Eastern District of Pennsylvania

In re:            Case No. 22-12411-pmm

Thomas Dean Lesher            Chapter 7

Jessica Renee Lesher

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Dec 23, 2022      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas Dean Lesher, Jessica Renee Lesher, 2405 Hopewell Road, Elverson, PA 19520-9352 |
| 14720462 | | Berks Center for Digestive Health, PO Box 3605, Boston, MA 02241-3605 |
| 14720467 | | ENT Head & Neck Specialists PC, 985 Berkshire Blvd, Suite 101, Reading, PA 19610-1268 |
| 14720469 | | Green Hills Chiropractic, 1903 C Morgantown Road, Reading, PA 19607-9620 |
| 14720471 | | Irhythm Technologies Inc, Dept Ch 19717, Palatine, IL 60055-9717 |
| 14720472 | | KS Dental PC, 44A South Chestnut Street, Boyertown, PA 19512-1509 |
| 14720473 | | Lehigh Valley Health Network, PO Box 891006, Boston, MA 02298-1006 |
| 14720475 | + | Nabil S. Muallem, MD PC, 1330 Penn Avenue, Reading, PA 19610-2149 |
| 14720477 | | RGAL, PO Box 782167, Philadelphia, PA 19178-2167 |
| 14720478 | + | RGAL Anesthesia Services, PO Box 782167, Philadelphia, PA 19178-2167 |
| 14720476 | | Reading Pediatrics Inc, 40 Berkshire Court Suite 1, Reading, PA 19610-1224 |
| 14720480 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Dec 24 2022 04:09:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 23 2022 23:10:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 23 2022 23:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14720463 | + | EDI: CAPITALONE.COM | Dec 24 2022 04:09:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14720464 | + | Email/Text: bankruptcycollections@citadelbanking.com | Dec 23 2022 23:10:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14720465 | + | EDI: CITICORP.COM | Dec 24 2022 04:09:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14720466 | + | EDI: DISCOVER.COM | Dec 24 2022 04:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14720468 | + | Email/Text: sthomas@frf1.com | Dec 23 2022 23:10:00 | Freedom Road Financial, Attn: Bankruptcy, Po Box 4597, Oak Brook, IL 60522-4597 |
| 14720470 | + | EDI: PHINHARRIS | Dec 24 2022 04:09:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Ste 400, Chicago, IL 60604-4135 |
| 14720474 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 23 2022 23:10:00 | LoanCare. LLC, Attn: Consumer Solutions Dept, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

Case 22-12411-pmm    Doc 17    Filed 12/25/22    Entered 12/26/22 00:16:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2022 | Form ID: 318 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14721239 | | EDI: PENNDEPTREV | Dec 24 2022 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14721239 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2022 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14720479 | + | EDI: RMSC.COM | Dec 24 2022 04:09:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14720481 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 23 2022 23:10:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 25, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Joint Debtor Jessica Renee Lesher CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor Thomas Dean Lesher CourtNotices@rqplaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Dean Lesher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7770<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jessica Renee Lesher<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3005<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   22–12411–pmm

## Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas Dean Lesher                                    Jessica Renee Lesher
                                                      fka Jessica Davis

12/22/22                                              **By the court:**   Patricia M. Mayer
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**